AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Sayeed A. Behrooz | ) | Case No.  13- *124 M* |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of _____ in the county of _____ in the _____ District of

_____ , the defendant violated _____ U. S. C. § _____ , an offense described as follows:

From in or around June 10, 2010, and continuing through on or about September 24, 2011, Sayeed A. Behrooz, defendant herein, did knowingly conspire with Saleem A. Sharif and others known to the United States Attorney to import into the United States from the Islamic Republic of Afghanistan one kilogram or more of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) & 960 (b)(1)(A), and 963.

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2013 JUN 14  AM 10: 12

This criminal complaint is based on these facts:

See Attached Affidavit, incorporated fully herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Anthony Salvemini, ~~DEA~~ *HSI* (AS)
*Printed name and title*

Sworn to before me and signed in my presence.

Date:     06/14/2013

_____
*Judge's signature*

City and state:        Wilmington, DE

Christopher J. Burke
*Printed name and title*

## AFFIDAVIT

ANTHONY SALVEMINI, being duly sworn, states as follows:

1.  I am a Special Agent (SA) with Immigration and Customs Enforcement, Homeland Security Investigations (HSI), U.S. Department of Homeland Security. I have been so employed for approximately four years. Prior to my employment with HSI, I was employed as a federal law enforcement officer for approximately six years. I am currently assigned to the HSI Resident Agent in Charge (RAC) office in Wilmington, Delaware. The office conducts investigations of individuals and organizations that distribute heroin, cocaine base (crack cocaine), powder cocaine, MDMA (Ecstasy), marijuana, and other illicit drugs.

2.  During my law enforcement tenure, I have participated in numerous investigations into the unlawful distribution of narcotics in violation of federal and state laws that have led to arrests, convictions of violators, and seizures of narcotics and proceeds gained from illegal activity. In the course of my duties, I have conducted or participated in physical and electronic surveillance, undercover transactions, the execution of search warrants, debriefings of informants, interviews of witnesses, reviews of recorded conversations involving drug trafficking activities, and analyses of telephone toll records and other records kept by or relating to drug traffickers. I have received several hundred hours of training in various investigative techniques, and, through my training, education and experience, I have become familiar with the identification of illegal drugs, methods in which illegal drugs are imported, manufactured and distributed; the methods of payment for such drugs; and the methods used by drug traffickers to avoid law enforcement detection, including disguising the source and illegal nature of drug proceeds. I have attended numerous schools and

seminars that have specialized in all aspects of narcotics investigations. I continue to keep abreast of current trends and practices of drug traffickers by reading periodicals, intelligence briefs, and training literature. Additionally, I maintain daily contact with Special Agents, other law enforcement personnel, confidential sources, cooperating defendants, and sources of information to remain up to date with current trends of drug traffickers. I have also been involved with Title III wiretap investigations as a Special Agent assigned to assist with those investigations.

3. This Affidavit is in support of a criminal complaint for Sayeed A. BEHROOZ for Conspiracy to Knowingly Import into the United States 1,000 Grams or More of a Mixture and Substance Containing a Detectable Amount of Heroin, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) & 960(b)(1)(A), and 963. I am one of the case agents responsible for the investigation in aid of which this application is being made. This Affidavit is based on my personal knowledge and observations as well as information provided to me by other law enforcement officers. Because this Affidavit is solely for the purpose of establishing probable cause, not all facts relating to the investigation are included herein.

4. In or around April 2012, HSI and DEA initiated an investigation targeting Saleem Akbar SHARIF for the importation of heroin from Afghanistan into the United States. SHARIF was a military contractor and former Army Captain and West Point graduate. During the course of the investigation, agents determined that SHARIF was shipping heroin secreted in DVD cases from Afghanistan to heroin distributors in the United States. Further investigation revealed that Sayeed Ahmad BEHROOZ was an associate of SHARIF in Afghanistan.

5. On April 27, 2012, SHARIF traveled to Wilmington, Delaware, to meet with a DEA

confidential source (CS). SHARIF was later arrested while meeting with the CS in a vehicle outside the Amtrak train station. In a subsequent search, agents found two DVD cases that contained heroin – one in a bag belonging to SHARIF, and another in a bag belonging to a co-defendant, Charles Richardson. The total net weight of the heroin was approximately 115 grams. The agents also located a cellular telephone that SHARIF had used to communicate with the CS and other co-conspirators. In a post-arrest statement, Sharif admitted to traveling to Delaware for the purpose of selling heroin to the CS. SHARIF further admitted that he distributed at least one kilogram of heroin during his time in Afghanistan.

6. On September 13, 2012, SHARIF pleaded guilty to conspiracy to import 100 grams or more of heroin into the United States (Count One) and possession with intent to distribute 100 grams or more of heroin (Count Two) (Case No. 12-53-RGA).[1] Pursuant to his plea agreement, SHARIF admitted that he conspired with individuals known and unknown to the United States Attorney to import at least 2.5 kilograms of heroin into the United States.[2]

7. In addition to Sharif, other individuals have pleaded guilty in the District of Delaware relating to receiving heroin in the United States that had been imported from Afghanistan by SHARIF. These individuals include: (1) Darrold Thomas, who was one of SHARIF's U.S.-based

---

[1] Pursuant to the Criminal Information, to which Sharif pleaded guilty, the conspiracy began in or around June 2010, and continued to on or about September 24, 2011.

[2] SHARIF, a former West Point graduate and Captain in the United States Army who was employed as a military contractor in Kabul, Afghanistan, is pending sentencing. SHARIF's co-defendant, Charles Richardson, also pleaded guilty to possession with intent to distribute 100 grams or more of heroin (Case No. 12-44-RGA). On January 24, 2013, Hon. Richard G. Andrews sentenced Richardson to 60 months imprisonment.

customers in Killeen, Texas (Case No. 12-51-RGA); (2) Kevin Morris, who purchased heroin from

Thomas in Washington, D.C. in December 2010 (Case No. 12-41-RGA); (3) Ronaldo Edmund, who

was involved in the same heroin purchase in Washington, D.C. (Case No. 11-63-RGA); and (4)

Kelvin Cook, who purchased heroin from Thomas in Texas in Summer 2010 (Case No. 11-63-

RGA).[3]

      8.  During the first week of June 2013, HSI received information that BEHROOZ, an

Afghani national, would be traveling to the United States on June 5, 2013. BEHROOZ arrived

on a flight EK 231 from Dubai, United Arab Emirates, to Dulles International Airport in

Virginia. BEHROOZ was the subject of a secondary inspection at the U.S. Customs and Border

Protection (CBP) International Arrivals Checkpoint. After completing the secondary inspection,

BEHROOZ was interviewed by HSI and DEA relative to his involvement in the heroin

smuggling operation involving co-conspirator Saleem A. SHARIF.

      9.  Post-*Miranda*, and pursuant to a recorded interview, BEHROOZ admitted that he

originally became acquainted with SHARIF while they worked for the same IT contractor in

Afghanistan. BEHROOZ stated that his relationship with SHARIF began when he would drive

SHARIF and other contractors from a "safe house" near Kabul, Afghanistan to and from their

places of employment on Military bases within the "green zone."  BEHROOZ admitted that he

eventually started making ATM withdrawals of cash that was deposited by SHARIF's associates

in the United States into a Bank of America account belonging to BEHROOZ. BEHROOZ

stated that his daily withdrawal limit was $1500.00, and that SHARIF was limited to $300.00

---

[3] Each of these individuals is pending sentencing in front of the Hon. Richard G. Andrews.

daily withdrawals. At the request of SHARIF, BEHROOZ withdrew cash that was deposited into his account in the U.S. and provided it to SHARIF. BEHROOZ stated that he would complete withdrawals on a regular and frequent basis

10. During the interview, BEHROOZ provided written consent for agents to search his cellular phone, his laptop computer, thumb drive, and day planner/notebook. BEHROOZ later provided consent to search his email and Facebook accounts and provided the user name and passwords to these accounts to agents. After the interview, BEHROOZ departed the airport and was asked to stay in contact with agents Hughes and Salvemini in order to facilitate the return of his property. BEHROOZ maintained telephone contact with Special Agent Hughes over the next several days. A preliminary review of some of the information contained in his email and facebook accounts indicated that BEHROOZ was actively involved in the heroin smuggling operation with Saleem SHARIF.

11. On June 13, 2013, BEHROOZ voluntarily met with HSI and DEA agents at the DEA Wilmington Resident Office (WRO), where he agreed to a second interview relative to his involvement in a heroin smuggling conspiracy. Post-*Miranda*, and pursuant to a recorded interview, BEHROOZ admitted to brokering large-scale heroin transactions (totaling a minimum of at least 10 kilograms) with SHARIF during the 2010-11 time period. BEHROOZ stated that he helped broker heroin deals between SHARIF and two Afghani nationals, in which SHARIF ultimately purchased kilogram quantities of heroin for approximately $7,000.00 to $10,000.00. BEHROOZ further admitted he knew that the heroin was destined for the United States. BEHROOZ purchased the DVD cases for and at the request of SHARIF, in which the heroin was

5

secreted for shipment into the United States.

12. Bank of America records indicate that BEHROOZ opened up a bank account which was used to withdraw more than $120,000.00 from various ATM machines in Kabul. BEHROOZ stated during the interview that he was aware that the funds represented drug proceeds that had been deposited in the United States by Sharif's U.S.-based associates. He further stated that he received a portion of the funds as payment (approximately $300.00 to $1,000.00, depending on the size of the drug deal) for brokering the transactions.

13. Based on the foregoing facts and my training, knowledge and experience, it is my opinion that BEHROOZ was responsible for international money laundering by way of withdrawing in excess of $120,000.00 United States Currency which facilitated the purchase of heroin from the source of supply in Afghanistan, to be distributed by members of SHARIF's organization in the United States.

14. Wherefore, for the foregoing reasons, I assert that there is probable cause to issue a criminal complaint and arrest warrant for Sayeed BEHROOZ for Conspiracy to Knowingly Import into the United States 1,000 Grams or More of a Mixture and Substance Containing a Detectable Amount of Heroin, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) & 960(b)(1)(A), and 963.


Special Agent Anthony Salvemini
Homeland Security Investigations


Sworn to and subscribed before
me this 14th day of June 2013.

**HONORABLE CHRISTOPHER J. BURKE**
*United States Magistrate Judge*

7