IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 13-MJ-124 |
| | ) | |
| SAYEED A. BEHROOZ, | ) | |
| | ) | |
| Defendant. | ) | |

## RESPONSE TO DEFENDANT'S MOTION FOR RELEASE FROM CUSTODY

NOW COMES the United States of America, by and through its attorney, Charles M. Oberly, III, United States Attorney, and Robert F. Kravetz, Assistant United States Attorney, and submits the following response to the motion for release from custody filed by defendant Sayeed A. Behrooz ("defendant"). For the reasons set forth below, the government respectfully request the Court to deny the motion.

1. The defendant was charged by criminal complaint dated June 14, 2013. On June 15, 2013, the defendant made his initial appearance in the District of Delaware. That same date, the government filed a motion to detain the defendant pending trial. On July 8, 2013, the Court resolved the government's motion and ordered the defendant to be released to a third-party custodian with numerous release and bail conditions.

2. On July 9, 2013, the proposed custodian informed the United States Probation Office that he no longer wanted to serve as a third-party custodian. By virtue of that decision, defendant was no longer in compliance with his release conditions.

3. That same day, defendant was remanded into custody in Virginia. He made his initial appearance on the release violation in Delaware on July 19, 2013, and the government

filed a motion for pretrial detention. The Court granted the government's motion on July 23, 2013.

4. On July 29, 2013, defendant filed a motion seeking the Court to release him to a different third-party custodian who lives in Lorton, Virginia.

5. Given the nature of the charges, the government has invoked the rebuttable presumption, pursuant to 18 U.S.C. § 3142(e), that there are no condition or combination of conditions that will reasonably assure the defendant's appearance as required and the safety of the community. In order to rebut the presumption, defendant must "produce some credible evidence" that "he will appear and will not post a threat to the community." United States v. Carbone, 793 F.2d 559 (3d Cir. 1986). The information contained within defendant's motion has not met this high standard. Other than providing the name, address, phone number, and citizenship of a proposed custodian, defendant to date has not advanced sufficient evidence regarding the background or suitability of the proposed custodian. Moreover, at present it is unclear whether the proposed individual will agree to serve as a custodian once he learns of the requisite conditions to be imposed upon him.

6. Accordingly, based on the evidence currently submitted to the Court, the government respectfully requests the Court to deny the motion. The government will submit additional arguments, as necessary, at the time of the hearing.

7.  A proposed order is attached.

>   Respectfully submitted,
>
>   CHARLES M. OBERLY, III
>   United States Attorney
>
>   /s/ Robert F. Kravetz
>   Robert F. Kravetz, Esq.
>   Assistant United States Attorney

Dated: August 12, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Criminal Action No. 13-MJ-124 |
| SAYEED A. BEHROOZ, | ) ) ) | |
| Defendant. | ) | |

## ORDER

AND NOW this ___ day of _____, 2013, upon consideration of defendant's Motion For Release from Custody and the government's response thereto, **IT IS HEREBY ORDERED** that the Motion is _____.

 

                                              Honorable Christopher J. Burke
                                              United States Magistrate Judge